UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICIA GUARINO,**<br>    **Plaintiff,**<br><br> v.<br><br>**LUCKY WORLD, INC., NAVIGATORS INSURANCE COMPANY AND ANDRIY MARHIN**<br>    **Defendants.** | CASE NO.:   3:19-CV-419<br><br>SECTION: " "    DIVISION: ""<br><br>JUDGE:<br><br>MAG: |

_____

### NOTICE OF COMPLIANCE UNDER 28 U.S.C. §1447(b)
_____

NOW INTO COURT, through undersigned counsel, come defendants, Navigators Insurance Company and Lucky World, Inc. (hereinafter "Defendants"), who submit the following list of parties still remaining in this action:

1. Plaintiff, Patricia Guarino
   Through her counsel of record
   DUDLEY DEBOSIER INJURY LAWYERS
   BRANDON BROWN, LA BAR ROLL NO. 25593
   1075 Government Street
   Baton Rouge, LA 70802
   Telephone: (225) 239-7247
   Fax: 225-239-7297

2. Navigators Insurance Company, Defendant
   Through its counsel of record
   DEUTSCH KERRIGAN, L.L.P.
   Robert E. Kerrigan, Jr.
   Marianne Wise Fletchinger

3.     Lucky World, Inc., Defendant
　　　Through its counsel of record
　　　DEUTSCH KERRIGAN, L.L.P.
　　　Robert E. Kerrigan, Jr.
　　　Marianne Wise Fletchinger
　　　755 Magazine Street
　　　New Orleans, LA  70130

4.     Andriy Marhin, Defendant (Not yet served)
　　　53 Harbor Street
　　　Stamford, CT 06902

In compliance with 28 U.S.C. §1447(b), copies of all pleadings filed in state court were attached as Exhibit 1 to Defendants' Notice of Removal which was filed with the Court on June 27, 2019 and, as such, are not attached herein.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Marianne Wise Fletchinger*
　　　　　　　　　　　　　　　　Robert E. Kerrigan, Jr. (#07350)(T.A.)
　　　　　　　　　　　　　　　　Marianne Wise Fletchinger (#34822)
　　　　　　　　　　　　　　　　***DEUTSCH KERRIGAN, L.L.P.***
　　　　　　　　　　　　　　　　755 Magazine Street
　　　　　　　　　　　　　　　　New Orleans, LA  70130
　　　　　　　　　　　　　　　　Telephone:  (504) 593-0661
　　　　　　　　　　　　　　　　Facsimile:  (504) 566-4099
　　　　　　　　　　　　　　　　*Attorneys for Navigators Insurance Company and Lucky World, Inc.*

## **CERTIFICATE OF SERVICE**

    I certify this pleading has been served on all parties through their counsel of record, by e-mail, by telefacsimile, or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 27th day of June, 2019.

                                               */s/ Marianne Wise Fletchinger*
                                               Marianne Wise Fletchinger