

1-800-259-5300

Home    Online Services    News/Media    FAQs    Contact us

 Consumers >     Industry >

Industry Access

# Details for Navigators Insurance Company

**Name:**
Navigators Insurance Company

**NAIC#:**
42307

**Domicile:**
NY

**Phone:**
(914) 934-8999

**Toll Free#:**
N/A

| Addresses ⌃ |
|---|

Type: Administrative
400 Atlantic Street, 8th Floor
Stamford, CT 06901

Type: Books and Records
400 Atlantic Street, 8th Floor
Stamford, CT 06901

Type: Domicile
One Penn Plaza - 32nd Floor
New York, NY 10119-0002

Type: Mailing
400 Atlantic Street, 8th Floor
Stamford, CT 06901

| Appointed Producers |
|---|
| Complaint Data |
| Licensing Information ⌃ |

| License Type | Initial Issuance Date | Expiration Date |
|---|---|---|
| Admitted Insurer | 8/12/1993 | |

| Lines of Insurance ⌄ |
|---|
| Regulatory Actions ⌄ |
| Service of Process ⌄ |

Summary Financial Information

Return to Search Results

Return to Search

## About LDI

Calendar
Public Hearings
Videos
What We Do
Jim's Message
Office Directory

## Connect With Us

FAQs
1-800-259-5300

## Quick Links

Search Bulletins, Directives & Regs
Search for Company or Agent
Search Rate Filings
Producer License Renewal
Report Insurance Fraud
Top 20 Lists by Market Share

## What's New

Solicitation for Offers

2017 Admitted Premium Tax Forms

Recently Issued Bulletins

Company Contacts Information Requirements



**LDI Employees**
1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2015
Louisiana Department of Insurance