

Office of the Secretary of State Jesse White

# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| File Number | 69879217 |
|---|---|
| Entity Name | LUCKY WORLD, INC. |
| Status | |
| ACTIVE | |

## Entity Information

**Entity Type**
CORPORATION

**Type of Corp**
DOMESTIC BCA

**Incorporation Date (Domestic)**
Wednesday, 22 October 2014

**State**
ILLINOIS

**Duration Date**
PERPETUAL

**Annual Report Filing Date**
Tuesday, 25 September 2018

**For Year**
2018

## Agent Information

**Name**
VACLOVAS ZIOGAS

**Address**
15774 S LA GRANGE RD SUITE#383
ORLAND PARK , IL 60462

Change Date
Tuesday, 22 August 2017

## Officers

President
Name & Address
VACLOVAS ZIOGAS 2075 COLONIALST AURORA 60503-4609

Secretary
Name & Address
SAME

Return to Search

File Annual Report
Adopting Assumed Name
Articles of Amendment Effecting A Name Change
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.   Tue Jul 16 2019