**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PATRICIA GUARINO,**<br>            **Plaintiff,** | **CASE NO.:   3:19-CV-00419-JWD-RLB** |
| **VERSUS** | **JUDGE JOHN W. DEGRAVELLES** |
| **LUCKY WORLD, INC., NAVIGATORS INSURANCE COMPANY AND ANDRIY MARHIN**<br>            **Defendants.** | **MAG. RICHARD L. BOURGEOIS, JR.** |

**CORPORATE DISCLOSURE STATEMENT**
_____

**NOW INTO COURT**, through undersigned counsel, comes Defendant **NAVIGATORS INSURANCE COMPANY** who, files the subject corporate disclosure statement on behalf of Navigators Insurance Company;

Navigators Insurance Company is a New York corporation with its administrative offices at 400 Atlantic St., Stamford, CT and its principal place of business located at One Penn Plaza, New York, N.Y. Navigators Insurance Company is a wholly owned subsidiary of The Navigators Group, Inc., which is a Delaware corporation with its principal place of business in Stamford, CT.  The Navigators Group, Inc. is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc., which is a Delaware corporation with its principal place of business in Hartford, CT.

Respectfully submitted,

*/s/ Marianne Wise Fletchinger*
Robert E. Kerrigan, Jr.  T.A. (#07350)
*rek@deutschkerrigan.com*
Marianne Wise Fletchinger (#34822)
*marianne@deutschkerrigan.com*
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, Louisiana   70130
Telephone:  (504) 593-0661
Facsimile:   (504) 566-4099
*Counsel for Defendants, Navigators Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing **Corporate Disclosure Statement** has been filed with the Court's electronic filing system on this 22nd day of July, 2019 which will provide electronic notification to all parties.

_____*/s/ Marianne Wise Fletchinger*_____
**MARIANNE WISE FLETCHINGER**