UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICIA GUARINO,**<br>          **Plaintiff,** | **CASE NO.:    3:19-CV-00419-JWD-RLB** |
| **VERSUS** | **JUDGE JOHN W. DEGRAVELLES** |
| **LUCKY WORLD, INC., NAVIGATORS INSURANCE COMPANY AND ANDRIY MARHIN**<br>          **Defendants.** | **MAG. RICHARD L. BOURGEOIS, JR.** |

## STATUS REPORT

**A.    JURISDICTION**

The basis for jurisdiction is 28 U.S.C. § 1332 as the amount in controversy exceeds $75,000, and there is complete diversity between the parties. This suit was removed pursuant to 28 U.S.C. §§ 1441 and 1446 on June 27, 2019 (Rec. Doc. 1).

**B.    BRIEF EXPLANATION OF CASE**

This case arises out of a two-vehicle automobile accident that occurred on August 12, 2018 on Interstate 12 in East Baton Rouge Parish. Plaintiff, Patricia Guarino, was the driver of one of the involved vehicles. Defendant, Andriy Marhin was the driver of the other involved vehicle. At the time of the accident, Marhin was operating a vehicle owned by Lucky World, Inc. and insured by Navigators Insurance Company. Plaintiff seeks recovery for personal injuries sustained in the accident. Plaintiff alleges that the accident was caused by the negligence of Marhin. Plaintiff also claims that Lucky World is liable for her alleged damages under theories of *respondeat superior*, negligent entrustment, and negligent hiring, training, and supervision. Defendants deny that the accident was caused by Marhin and dispute the cause and extent of Plaintiff's alleged damages.

**C.    PENDING MOTIONS**

There are no pending motions at this time.

**D.    ISSUES**

The principal legal issues are outlined below. Each of these issues are currently disputed.

   a. Whether the accident was caused by the negligence of Patricia Guarino or the negligence of Andriy Marhin;

   b. Whether Lucky World was negligent when it entrusted the involved vehicle to Andriy Marhin;

   c. Whether Lucky World was negligent in its hiring, training, and supervision of Andriy Marhin;

   d. Whether the subject accident caused Patricia Guarino's alleged injuries and other damages;

   e. The nature and extent of Patricia Guarino's alleged injuries and damages;

   f. Whether Plaintiff Patricia Guarino will have any future medical expenses or treatment; and

   g. The value of Plaintiff's recoverable past and future medical expenses.

**E.    DAMAGES**

   1.    **Plaintiff's calculation of damages:**

   2.    **Defendant's calculation of offset and/or plaintiffs' damages**: Defendants do not have sufficient information to accurately and completely calculate Plaintiff's damages at this time. Based on the medical records provided, Plaintiff's past medical bills total roughly $45,000, before application of some non-recoverable discounts.

**F.    SERVICE:**

Defendant, Andriy Marhin, has not yet been served. The parties are working to obtain his agreement to waive service.

**G:    DISCOVERY**

1. **INITIAL DISCLOSURES**

    A. Have the initial disclosures required under FRCP 26(a)(1) been completed?

    [ ] YES     [x] NO

    B. Do any parties object to initial disclosures?

    [ ] YES     [x] NO

    The parties intend to exchange initial disclosures no later than seven (7) days prior to the August 29, 2019 Scheduling Conference in accordance with Local Rule 26(b) and this Court's order of July 9, 2019 (Rec. Doc. 5).

2. **DISCOVERY COMPLETED OR IN PROGRESS**

    **By Plaintiff:** Plaintiff has requested the deposition of Defendant Andriy Marhin.

    **By Defendants:** Defendants issued Interrogatories and Requests for Production of Documents to Plaintiff on July 16, 2019. Responses to those discovery requests have not yet been received. Defendants have also requested the deposition of Patricia Guarino.

3. **PROTECTIVE ORDERS AND OTHER LIMITATIONS ON DISCOVERY**

    The parties do not anticipate any protective orders or other limitations at this time.

4. **DISCOVERY FROM EXPERTS**

    **By plaintiff:**

    **By defendants:** At this time, Defendants expect to call medical experts and an expert in accident reconstruction. Defendants may also utilize an expert in life care planning and/or an economist, should the circumstances so warrant.

H.  **PROPOSED SCHEDULING ORDER**

1. If the parties propose an alternative timeframe for exchanging initial disclosures, please provide that proposed deadline: Not applicable.

2. Recommended deadlines to join other parties or to amend pleadings: October 1, 2019.

3. Filing all discovery motions and completing all discovery except experts: March 2, 2020.

4. Disclosures of identities and resumes of expert witnesses (if appropriate, you may suggest different dates for disclosure of experts in different subject matters:

   Plaintiff: March 2, 2020.

   Defendant(s): April 1, 2020.

5. Exchange of expert reports:

   Plaintiff: April 1, 2020.

   Defendants: May 1, 2020.

6. Completion of discovery from experts: June 1, 2020.

7. Filing dispositive or Daubert motions: July 1, 2020.

8. All remaining deadlines and the pre-trial conference and trial date will be included in the initial scheduling order. The deadlines will be determined based on the presiding judge's schedule, within the following general parameters. The parties should not provide any proposed dates for these remaining deadlines:

   a. Deadline to file pre-trial order (approximately 16 weeks after dispositive motion deadline).

   b. Deadline to file motions in limine (approximately 20-22 weeks after dispositive motion deadline).

   c. Deadline to file an affidavit of settlement efforts (approximately 22-24 weeks after dispositive motion deadline).

   d. Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge (approximately 25-27 weeks after dispositive motion deadline).

   e. Ore-trial conference date (approximately 18-20 weeks after dispositive motion deadline).

4

   f.  Trial date (approximately 27-29 weeks after dispositive motion deadline).

9. If the general outline of proposed deadlines does not fit the circumstances of your particular case, please provide a proposed joint schedule of deadlines which is more appropriate for your case.

**I. TRIAL**

 1. Has a demand for trial by jury been made?

    [x] YES  [ ] NO

 2. Estimate the number of days that trial will require: <u>4 days</u>

**J. OTHER MATTERS**

Are there any specific problems the parties wish to address at the scheduling conference?

    [ ] YES  [ X] NO

 i. If the answer is *yes*, please explain:

 ii. If the answer is *no*, do the parties want the court to cancel the scheduling conference and to enter a scheduling order based on the deadlines set out in this report? **CHECK "NO" IF YOU HAVE NOT SUBMITTED JOINT PROPOSED DEADLINES.**

    [ X] YES  [ ] NO

**K. SETTLEMENT**

The parties have discussed settlement and are open to amicable resolution. Defendants have requested a settlement demand and Plaintiff has advised that the deposition of Marhin will need to be completed prior to providing a demand.

 Do the parties wish to have a settlement conference:

    [X] YES  [ ] NO

Since liability is disputed, the parties agree that a settlement conference would be most productive at the conclusion of expert discovery in July of 2020.

**L. CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE**

 All parties agree to jurisdiction by a Magistrate Judge of this court:

5

[ ] YES          [ ] NO

[Brandon, I am ok with trying this case in front of Judge Bourgeois. Please select your preference.]

If your response was "yes" to the preceding question, all attorneys and unrepresented parties should sign the attached form to indicate your consent.

BRANDON: INSERT YOUR SIGNATURE BLOCK HERE.

AND

*/s/ Marianne Wise Fletchinger*
Robert E. Kerrigan, Jr.  T.A. (#07350)
*rek@deutschkerrigan.com*
Marianne Wise Fletchinger (#34822)
*marianne@deutschkerrigan.com*
**Deutsch Kerrigan, L.L.P.**
755 Magazine Street
New Orleans, Louisiana   70130
Telephone:  (504) 593-0661
Facsimile:  (504) 566-4099
*Counsel for Defendants, Lucky World, Inc. and Navigators Insurance Company*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing **Joint Status Report** has been filed with the Court's electronic filing system on this 15th day of August, 2019 which will provide electronic notification to all parties.

*/s/ Brandon Brown*
**BRANDON BROWN**